

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-30-2005

# Chen v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 03-4887

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Chen v. Atty Gen USA" (2005). *2005 Decisions.* Paper 2.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/2

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 03-4887

———

XIA YUE CHEN,

Petitioner

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL OF
THE UNITED STATES

Respondent

———

On Petition for Review from the Board of Immigration
Appeals
Agency No. A78-746-838

———

Submitted Under Third Circuit LAR 34.1(a): January 14,
2005

Before: SCIRICA,[*] *Chief Circuit Judge*, ROTH, *Circuit Judge,* and IRENAS,[**] *Senior District Judge*

(Filed December 30, 2005)

---

[*] This case was originally submitted to the three judge panel of Roth, Chertoff and Irenas. Judge Chertoff subsequently resigned and Chief Judge Scirica was designated as the third member of the panel.

[**] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

**ORDER AMENDING OPINION**

ROTH, Circuit Judge

IT IS ORDERED that the published Opinion in the above case filed December 29, 2005, be amended as follows:

On page 13, line 2, "women" should be "woman";

On page 14, line 29, "do documents" should be "no documents";

On page 16, line 8, "base" should be "based";

Footnote 12, line 2, "reports" should be "report."

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: December 30, 2005
CMH/cc: NKWW, MJC, DEG, JLL, JDW

3